**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIAS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>M.D. BITER, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 12-04821 GW (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 30, 2013

*/s/ George H. Wu*
————————————————
GEORGE H. WU
UNITED STATES DISTRICT JUDGE