**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIAS,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>M.D. BITER, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 12-04821 GW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JOSE MACIAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 30, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE